In the Matter of LARRY ISAACSON, Appellant, v. DEEPDALE GARDENS CORPORATION, Respondent.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.